**Jaibrianne LACEY; Mary F. Lacey, Plaintiffs–Appellants**

v.

**Carolyn W. COLVIN, Acting Commissioner, Social Security Administration, Defendant–Appellee.**

No. 14–2527.

United States Court of Appeals, Eighth Circuit.

Submitted: April 1, 2015.

Filed: April 8, 2015.

Jaibrianne Lacey, Kansas City, MO, pro se.

Mary F. Lacey, Kansas City, MO, pro se.

1. The Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case

Sean N. Stewart, Spec. Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Rhonda J. Wheeler, Acting Chief Counsel, Region VII, Soc. Security Admin., Kansas City, MO, of counsel, on the brief), for appellee.

BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jaibrianne Lacey and her mother, Mary F. Lacey, appeal the district court's [1] order affirming the denial of Jaibrianne's application for child's disability benefits, and also the denial of supplemental security income, as Jaibrianne turned 18 during administrative proceedings. Upon de novo review, *see Bernard v. Colvin,* 774 F.3d 482, 486 (8th Cir.2014), we are satisfied that the Commissioner's decision is supported by substantial evidence on the record as a whole. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).